441 A.2d 1214

**COMMONWEALTH of Pennsylvania**

v.

**Anthony JACOBS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 18, 1982.

Decided March 10, 1982.

William A. Fitzpatrick, Philadelphia, (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan Sacks, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Order affirmed.